# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Wells Fargo Financial Leasing, Inc. | ) | |
|     Plaintiff, | ) | |
| | ) | |
|         v. | ) | CIVIL ACTION NO.3: 11-cv-30195-MAP |
| | ) | |
| Michael Plowucha,et al., | ) | |
|     Defendant**,** | **)** | |

### ORDER TO CLOSE CASE

**PONSOR, D.J.**

Pursuant to the court's order of this date granting the plaintiff's motion to remand, it is hereby ordered that this case be closed.

It is so ordered.

**Date:**  September 6, 2011          /s/ Michael A. Ponsor
                                                           U.S. Distict Court Judge