# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Wells Fargo Financial Leasing, Inc., </br> Plaintiff, </br> </br> v. </br> </br> Michael Plowucha, et al., </br> Defendant**,** | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | </br> </br> </br> CIVIL ACTION NO.3: 12-cv-30195-MAP |

## ORDER TO CLOSE CASE

**PONSOR, D.J.**

Pursuant to the court's order of this date granting the defendant's motion to remand, it is hereby ordered that this case be closed.

It is so ordered.

**Date:** <u>September 6, 2011</u>           <u>**/s/ Michael A. Ponsor**</u>
                                                                         U.S. District Court Judge